**Opinion issued August 20, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-13-00105-CV**

———————————

**BUDGET ROLLOFFS LLC, Appellant**

**V.**

**KIMBERLY NORTON D/B/A NORTON ENTERPRISES, Appellee**

**On Appeal from the 506th District Court**
**Waller County, Texas**
**Trial Court Case No. 13-01-21751**

**MEMORANDUM OPINION**

Appellant, Budget Rolloffs LLC, has filed a motion to dismiss its appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). TEX. R. APP. P. 42.1(a)(1) ("In accordance with a motion of appellant, the court may dismiss the

appeal or affirm the appealed judgment or order unless disposition would prevent a party from seeking relief to which it would otherwise be entitled.").  We grant the motion and dismiss the appeal.  Appellant has not indicated that the parties agree to bear their own costs; thus, we tax all costs against appellant.  *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").  The Clerk is directed to issue mandate immediately.  *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.